| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the:<br><br>_____ District of _____<br><br>Case number *(If known):* _____ Chapter 15 |

☐ Check if this is an
   amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

**1. Debtor's name** _____

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN)   ___ ___ – ___ ___ ___ ___ ___ ___ ___

☐ Other _____. Describe identifier _____.

For individual debtors:

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)** _____

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred** _____

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☐ Yes

Debtor _____     Case number *(if known)*_____
       Name

---

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region    ZIP/Postal Code

_____
Country

**Individual debtor's habitual residence:**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region   ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region   ZIP/Postal Code

_____
Country

---

**10. Debtor's website** (URL)

_____

---

**11. Type of debtor**

*Check one:*

❏ Non-individual (*check one*):

    ❏ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❏ Partnership

    ❏ Other.  Specify: _____

❏ Individual

---

| Debtor | Air Berlin PLC & Co. Luftverkehrs KG | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 12. Why is venue proper in *this district?* | Check one: |
|---|---|
| | ☑ Debtor's principal place of business or principal assets in the United States are in this district. |
| | ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: |
| | ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: |

| 13. Signature of foreign representative(s) | I request relief in accordance with chapter 15 of title 11, United States Code. |
|---|---|
| | I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct, |
| | ✗ _____     Thomas Winkelmann |
| | Signature of foreign representative     Printed name |
| | Executed on  08 / 18 / 2017 |
| | MM / DD / YYYY |
| | ✗ _____     Frank Kebekus |
| | Signature of foreign representative     Printed name |
| | Executed on  08 / 18 / 2017 |
| | MM / DD / YYYY |

| 14. Signature of attorney | ✗ _____     Date _____ |
|---|---|
| | Signature of Attorney for foreign representative     MM / DD / YYYY |
| | Madlyn Gleich Primoff |
| | Printed name |
| | Freshfields Bruckhaus Deringer US LLP |
| | Firm name |
| | 601 Lexington Ave |
| | Number    Street |
| | New York                              NY        10022 |
| | City                                       State     ZIP Code |
| | (212) 277-4041                     Madlyn.Primoff@freshfields.com |
| | Contact phone                        Email address |
| | 2173870                              NY |
| | Bar number                           State |

| Debtor | Air Berlin PLC & Co. Luftverkehrs KG | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✖ _____        _____
Signature of foreign representative          Printed name

Executed on _____
            MM / DD / YYYY

✖ _____        _____
Signature of foreign representative          Printed name

Executed on _____
            MM / DD / YYYY

**14. Signature of attorney**

✖ *Madlyn Gleich Primoff*        Date 08/18/2017
Signature of Attorney for foreign representative    MM / DD / YYYY

Madlyn Gleich Primoff
Printed name
Freshfields Bruckhaus Deringer US LLP
Firm name
601 Lexington Ave
Number        Street
New York                    NY        10022
City                        State     ZIP Code

(212) 277-4041                Madlyn.Primoff@freshfields.com
Contact phone                Email address

2173870                      NY
Bar number                   State

| Form 401 - Question 8 - Attachment | | | | | |
|---|---|---|---|---|---|
| **(i) all persons or bodies authorized to administer foreign proceedings of the debtor** | | | | | |
| *Name* | *Address* | *City* | *State* | *Zip code* | *Country* |
| Thomas Winkelmann | Saatwinkler Damm 42-42 | Berlin, Germany | N/A | 13627 | USA |
| Frank Kebekus | Saatwinkler Damm 42-42 | Berlin, Germany | N/A | 13627 | USA |
| Lucas Flöther | Saatwinkler Damm 42-42 | Berlin, Germany | N/A | 13627 | USA |
| **(ii) all parties to litigation pending in the United States in which Debtor is a party at the time of filing of this petition** | | | | | |
| *Name* | *Address* | *City* | *State* | *Zip code* | *Country* |
| United States Bureau of Customs and Border Protection | Office of the Chief Counsel, 1300 Pennsylvania Avenue NW | Washington, D.C. | D.C. | 20229 | USA |
| United States Department of Agriculture | Office of the General Counsel, 1400 Independence Avenue, SW | Washington, D.C. | D.C. | 20250 | USA |
| **(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code** | | | | | |
| *Name* | *Address* | *City* | *State* | *Zip code* | *Country* |
| AIRCRAFT PORTFOLIO HOLDING COMPANY No.2 LIMITED | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark | Shannon, Co. Clare | N/A | N/A | Ireland |
| Aircraft Wings MSN 322-2014 Limited | 2 Grand Canal Square, Grand Canal Quay, Grand Canal Harbour | Dublin 2 | N/A | N/A | Ireland |
| Etihad Airways PJSC | Etihad Airways PJSC, Khalifa City A, PO Box 35566 | Abu Dhabi | N/A | N/A | UAE |
| ACG Acquisition 5038 LLC | 840 Newport Centre Drive, Suite 300 | Newport Beach | CA | 92660-6465 | USA |
| ACM US ENGINE II INC | 300 Delaware Aveue | Wilmington | DE | 19801 | USA |
| ACSS - Aviation Communication & Surveillance LLC | 19810 N. 7th Avenue | Phoenix | AZ | 85027-4400 | USA |
| Adams Rite Aerospace, Inc. | 4141 North Palm street | Fullerton | CA | 92835 | USA |
| Aero Port Services, Inc. | Accounting Department, PO BOX 882290 | Los Angeles | CA | 90009 | USA |
| Aero-Link Arizona, Inc | 7343 E Adobe Dr. Ste # 135 | Scottsdale | AZ | 85255 | USA |
| Aeroxchange Ltd. | P.O. Box 975547 | Dallas | TX | 75397-5547 | USA |
| Air Lease Corporation, LLC | 2000 Avenue of the Stars, Suite 600N | Los Angeles | CA | 90067 | USA |
| AirBerlin Americas, Inc. | Biscanyne Blvd., Suite 401 | North Miami Beach | FL | 33180 | USA |
| Airline Baggage Delivery, LLC (ABD) | P.O Box 4015 | Burlingame | CA | 94011 | USA |
| ALC A320-2 4316, LLC | 2000 Avenue of the Stars, Suite 1000N | Los Angelas | CA | 90067 | USA |
| ALC A321 4728, LLC | 2000 Avenue of the Stars, Suite 1000N | Los Angeles | CA | 90067 | USA |
| ALC A321-2 4334, LLC | 2000 Avenue of the Stars, Suite 1000N | Los Angeles | CA | 90067 | USA |
| ALD Development Corp | 5217 Tennyson Parkway Ste 100 | Plano | TX | 75024 | USA |
| Allied Universal Security Services | P.O. Box 828854 | Philadelphia | PA | 19182-8854 | USA |
| Amadeus Airport IT Americas Inc. | 5950 Hazeltine National Drive, Suite 210 | Orlando | FL | 32822 | USA |
| Amazon Web Service, Inc | PO Box 84023 | Seattle | WA | 98124-8423 | USA |
| America Sales and Passanger Organization LLC | American Sales & Management Organization, LLC d/b/a Eulen America, 7200 Corporate Center Dr. Suite 206 | Miami | FL | 33126 | USA |
| American Airlines Inc | American Airlines Inc, Att.: Directors Contract Services, 433 Amon Carter BLVD, MD 5452 | Fort Worth | TX | 76155 | USA |
| American Airlines Inc. (IATA) | 7645 E 63rd Street, Suite 600, MD765 | Tulsa | OK | 74133-1275 | USA |
| American Sales & Managm. Org. LLC - Eulen America | P.O. Box 521305 | Miami | FL | 33152-1305 | USA |
| API Accommodation Plus International Inc. | 265 Broadhollow Road; 3rd Floor | Melville | NY | 11747 | USA |
| Apollo Aviation Fund Management, LLC | 848 Brickell Avenue, Suite 500 | Miami | FL | 33131 | USA |
| Associated Energy Group LLC. | Associated Energy Group LLC. (AEG Fuels), 701 Waterford Way, Suite 490 | Miami | FL | 33126 | USA |
| Associated Energy Group, LLC - Aegfuels | 3808 World Houston Parkway | Houston | TX | 77032 | USA |
| Astronics Advanced Electronic Systems | 12950 Willows Road NE | Kirkland | WA | 98034-8769 | USA |
| Aviation Port Services LLC | Aviation Port Services, llc, 2081 Adam Avenue | San Leandro | CA | 94577 | USA |
| Aviation Port Services, LLC | 5814 Graham Ave. STE 205 | Sumner | WA | 98390 | USA |
| Aviation Spectrum Resources, Inc | 2551 Riva Road | Annapolis | MD | 21401 | USA |
| Ayalas Inc. (The Candy Shoppe) | 4149 Wagon Trail Ave | Las Vegas | NV | 89118 | USA |
| B&B Air Acquisition 403 Leasing Limited BBAM | 525 Market Street, 33nd. Floor | San Francisco | CA | 94105 | USA |
| B&B Air Acquisition 403 Statutory Trust | West Pier | Dublin, Dun Laoghaire | N/A | N/A | Ireland |
| B/E Aerospace Inc. | 10800 Pflumm Road | Lenexa | KS | 66215 | USA |

| Name | Address | City | State | Zip code | Country |
|------|---------|------|-------|----------|---------|
| BAGS Baggage Airline Guest Service | 6751 Forum Drive - Suite 230 | Orlando | FL | 32821 | USA |
| BAGS Inc. - GTD Delivery Services Inc. | 6751 Forum DR - Suite 200 | Orlando | FL | 32821 | USA |
| BBAM US LP | 50 California Street, 14th Floor | San Fransisco | CA | 94111 | USA |
| Bloomberg Finance LP | 731 Lexington Avenue | New York | NY | 10022 | USA |
| BLOWFISHFUNDING LIMITED | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark | Shannon, Co. Clare | N/A | N/A | Ireland |
| Boeing Commercial Airplanes | P.O. Box 3707 | Seattle | WA | 98124-2207 | USA |
| BP UK | BP Oil UK, Witan Gate House 500/600 Witan Gate | Milton Keynes | N/A | | UK |
| British Airways PLC | British Airways PLC, Att. General Counsel Americas, 2 Park Avenue, Suite 1100 | New York | NY | 10016 | USA |
| Calop Aeroground Services | 380 World Way, S-5, Tom Bradley International Terminal | Los Angeles | CA | 90009 | USA |
| Celestial Aviation Trading 49 Ltd | c/o GECAS, Aviation House | Shannon, Co. Clare | N/A | N/A | Republic of Ireland |
| CFM Material LP | 3010Red Hawk Dr. Suite 120 | Grand Prairie | TX | 75052 | USA |
| Cica Terminal Equipment Cooperation | CICA Termina Equipment Corporation, C7O Internaitonal Terminal Associates, 407 South Dearborn Street, Suite 600 | Chicago | IL | 60605 | USA |
| CICA-TEC Terminal Equipment Corporation | 3066 Eagle Way | Chicago | IL | 60678-3066 | USA |
| CIELOFUNDING LIMITED | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark | Shannon | N/A | N/A | Ireland |
| CIT Aerospace International | 3 Georges Dock IFSC | Dublin 1 | N/A | N/A | Ireland |
| City and County of San Fransisco and San Fransisco Terminal Equipment Company | City and County of San Fransisco acting through ist Airport Comission, San Francisco International Airport, Building 100, International Terminal, North shoulder Building, 5th Floor, PO Box 8097 | San Francisco | CA | 94128 | USA |
| City of Chicago | 121 N. Lasalle Dr, Room 700 | Chicago | IL | 60602 | USA |
| City of Chicago | City of Chicago, Att. Comissioner of Department of Aviation of the City of Chicago, 20 North Clark Street | Chicago | IL | 60602 | USA |
| CloudHealth Technologies, Inc. | 280 Summer Street | Boston | MA | 02210 | USA |
| Cox & Company | 1664 Old Country Road | Plainview | NY | 11803 | USA |
| Crowne Plaza JFK Airport New York City | 138-10 135th Ave | Jamaica | NY | 11436 | USA |
| Crowne Plaza Orlando-Universal | 7800 Universal Blvd. | Orlando | FL | 32819 | USA |
| DAS Direct Airline Services | 4030 NW 29th Street | Miami | FL | 33142 | USA |
| DCS/S&H LLC Luggage Dilivery Storage Service | 8622 Bellanca Avenue | Los Angeles | CA | 90045 | USA |
| DDS Airline Services Inc | 10 Woodland Dr | Hudson | NH | 03051 | USA |
| Delta Air Lines Inc | Delta Air Lines Inc.Hartsfield-Jackson Atlanta International Airport | Atlanta | GA | 30320-6001 | USA |
| Delta Air Lines, Inc. | PO Box 101153 | Atlanta | GA | 30392-1153 | USA |
| Discover Momentum, LLC dba Discov.the World Mark. | 7020 E. Acoma Dr. | Scottsdale | AZ | 85254 | USA |
| Doubletree by Hilton Miami Airport | 711 NW 72nd Avenue | Miami | FL | 33126 | USA |
| DVB Bank SE | Att.: Aviation Asset Management, Park House, 16-18 Finsbury Circus | London | N/A | EC2M | UK |
| Eastern Air Lines Group, Inc. | 4200 NW 36th Street, Building 5A | Miami | FL | 33166 | USA |
| EB Hotel Miami | 4299 NW 36 Street | Miami | FL | 33166 | USA |
| ECAF I 6501 DAC | BBAM Aircraft Management LP | 50 California Street, 14th Floor | San Francisco | CA | 94111 | USA |
| Eckert Seamans Cherin & Mellott, LLC | 1747 Pennsylvania Avenue, NW, Suite 1200 | Washington | D.C. | 20006 | USA |
| F&E Aircraft Maintenance LLC | F&E Aircraft Maintenance LLC DBA FEAM, 657 South Drive, Suite 306 | Miami Springs | FL | 33166 | USA |
| Fareportal Inc | 135 W 50th St, Suite 500 | New York | NY | 10020 | USA |
| Federal Aviation Administration USA | P.O. Box 25082 | Oklahoma City | OK | 73125 | USA |
| Flight Services & Systems, Inc. FSS | 5005 Rockside Road,Suite 940 | Cleveland | OH | 44131 | USA |
| Fly Aircraft Holdings Twenty-Nine Limited BBAM | 50 California Street, 14th. Floor | San Francisco | CA | 94111 | USA |
| Fortress Ireland Leasing Ltd | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark Shannon, Co. Clare, Ireland | Shannon, Co. Clare | N/A | N/A | Ireland |
| GA Telesis LLC | 1850 NW 49th Street | Fort Lauderdale | FL | 33309 | USA |
| Gate Gourmet, Inc. | P.O. Box 660367 | Dallas | TX | 75266-0367 | USA |
| Gateway Frontline Services, Inc. | 604-608 Market Street | Newark | NJ | 07105 | USA |
| GBT US LLC | 7 Time Square, 44th Floor | New York | NY | 10036 | USA |
| GE Capital Aviation Services Limited | Aviation House | Shannon, Co. Clare | N/A | N/A | Republic of Ireland |

| Name | Address | City | State | Zip code | Country |
|------|---------|------|-------|----------|---------|
| GECAS Asset Management Services | 3900 Willow Lake Blvd. | Memphis | TN | 38118 | USA |
| Gideon Toal Mgt.Services LLC / Club America F | P.O. Box #667682 | Miami | FL | 33166 | USA |
| Global Airworks Inc. | 19933 Harrison Ave. | City of Industry | CA | 91789 | USA |
| Global Aviation Resources | 7760 Cascade Avenue | West Des Moines | IA | 50266 | USA |
| Global Knafaim Leasing Ltd | Ayalon House, 12 Aba Hillel Street, | Ramat Gan | N/A | 52008 | Israel |
| GLOBAL SECURITY | Post Office 4 Mineola | New York | NY | 11501 | USA |
| GOAA Greater Orlando Aviation Authority | Orlando Int.Airport One Jeff Fuqua Blvd. | Orlando | FL | 32827-4399 | USA |
| Goodrich Corporation Cust.Services Monroe MRO | 4115 Corporate Center Drive | Monroe | NC | 28110 | USA |
| Greater Orlando Aviation Authority | Greater Orlando Aviation Authority, 1 Jeff Fuqua BLVD | Orlando | FL | 32827 | USA |
| Hallmark Aviation Services, L.P. | 5757 West Century Blvd., Suite 860 | Los Angeles | CA | 90045 | USA |
| Hamilton Sundstrand A United Technologies Company | 4747 Harrison Avenue, P.O. Box 7002 | Rockford | IL | 61125 | USA |
| Hilton Los Angeles Airport | 5711 W. Century Blvd | Los Angeles | CA | 90045 | USA |
| Hilton San Francisco Airport Bayfront | 600 Airport Blvd. | Burlingame | CA | 94010 | USA |
| HMSHost | 7217 Collection Center Drive | Chicago | IL | 60693 | USA |
| Holiday Inn Miami International Airport | 1111 South Royal Poinciana Blvd. | Miamia Springs | FL | 33166 | USA |
| Holland & Knight LLP | 11050 Lake Underhill Raod, Suite 864084 | Orlando | FL | 32825-5016 | USA |
| Homewood Suites Ft. Meyers Airport | 16450 Corporate Commerce Way | Ft. Meyers | FL | 33913 | USA |
| Honeywell International Inc. | 1944 E.Sky Harbor Circle | Phoenix | AZ | 85034 | USA |
| HUNTLEIGH USA CORPORATION | 45 E John W Carpenter Fwy #175, | Irving | TX | 75062-8146 | USA |
| Hyatt Regency Miami | 400 SE 2nd Avenue | Miami | FL | 33131 | USA |
| ILFC AIRCRAFT 33A-432 LIMITED | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark | Shannon, Co. Clare | N/A | N/A | Ireland |
| ILFC Aircraft 33A-444 Ltd | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark | Shannon, Co. Clare | N/A | N/A | Ireland |
| ILFC Aircraft 33A-454 Ltd | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark | Shannon, Co. Clare | N/A | N/A | Ireland |
| ILFC Aircraft 33A-469 Ltd | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark | Shannon, Co. Clare | N/A | N/A | Ireland |
| ILFC Aircraft 33A-822 Ltd | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark | Shannon, Co. Clare | N/A | N/A | Ireland |
| ILFC Aircraft 33A-911 Ltd | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark | Shannon, Co. Clare | N/A | N/A | Ireland |
| Innodyne Systems Inc. | PO Box 62 | Bloomfield | CT | 06002 | USA |
| Integrated Logistics Transport, Inc. | P.O. Box 126, 15774 S La Grange Road | Orland Park | IL | 60462-4766 | USA |
| Jet Aircraft Maintenance Inc. | JET Aircraft Maintenance, Inc. 7505 NW 52 Street | Miami | FL | 33166 | USA |
| Jet Aircraft Maintenance, Inc. | PO Box 668965 | Miami | FL | 33166 | USA |
| Kapco Global Company | 3120 E. Enterprise Street | Brea | CA | 92821 | USA |
| KCIA - King County International Airport | 7277 Perimeter Rd S | Seattle | WA | 98108-3844 | USA |
| KLM (koninklijke Luchtvaart Maatschappij N.V.) | Koninklijke Luchtvaart Maatschappij N.V. Amsterdamseweg 55 | Amstelveen | N/A | 1182 GP | NL |
| Kotobuki-Ya, Inc. / dba C.P.S. | 314 lang Road | Burlingame | CA | 94010 | USA |
| La Quinta Inns & Suites #2056 | 821 Stewart Ave | Garden City | NY | 11530 | USA |
| LaGuardia Plaza Hotel | 104-04 Ditmars Blvd, Jameica | New York | NY | 11369 | USA |
| LAWTFC Los Angeles West Terminal Fuel Corporation | 725 World Way Los Angeles | Los Angeles | CA | 90045-5817 | USA |
| LAXFUEL Corp. | #81703 | Los Angeles | CA | 90074 | USA |
| Lee County Port Authority | Sourthwest Florida Intl Airport, 11000 Terminal Access Road | Fort Myer | FL | 33913-8899 | USA |
| Lee Wesley Panda | Post Office Box 540687 | Orlando | FL | 32854 | USA |
| Loews Chicago O'Hare Hotel | 5300 N. River Rd. | Rosement | IL | 60018 | USA |
| Los Angeles World Airports - City of Los Angeles | 1 World Way, Room 208 | Los Angeles | CA | 90045-5803 | USA |
| Massachusetts Port Authority | Massachusetts Port Authority, One Harbourside Drive, Suite 200S | East Boston | MA | 2128 | USA |
| Master Concession Air | P.O. Box 260190 | Miami | FL | 33126 | USA |
| Matrix Aviation Services Inc | Matrix Aviation Services, Inc. 200 World Way, Suite 1067 (Box 6) | Los Angeles | CA | 90045 | USA |
| Matrix Aviation Services Inc. | Matrix Aviation Services, Inc. 6171 W. Century Blvd., Suite 100 | Los Angeles | CA | 90045 | USA |
| MBA Airport Transportation LLC | 15501-5 Old McGregor Blvd. | Fort Myers | FL | 33908 | USA |
| MBT Worldwide, Inc. | 951 East Street | Tewksbury | MA | 01876 | USA |
| MC Donalds 15754 Los Angeles CA | 380 World Way | Los Angeles | CA | 90045 | USA |
| MDAC 3 PTE Ltd | 16 Raffles Quay, #29-01A Hong Leong Building | N/A | N/A | 048581 | Singapore |
| Menendez Management Corp. | 1430 South Dixie Highway | Coral Gables | FL | 33156 | USA |

3

| Name | Address | City | State | Zip code | Country |
|------|---------|------|-------|----------|---------|
| Menzies Aviation (USA) Inc | Menzies Aviation (USA) Inc., 2520 West Airfield Drive, Suite 100, DFW Airport, | Grapevine | TX | 75261 | USA |
| Menzies Aviation (USA) Inc | PO BOX 612264 | Dallas | TX | 75261 | USA |
| Miami Dade Aviation Departmen | Miami Dade Aviation Department, 4200 NW 36th St | Miami | FL | 33166 | USA |
| Miami Dade Aviation Department | P.O. Box 526624 | Miami | FL | 33152-6624 | USA |
| Miami Dade Conveyance, LLC | 6751 Forum DR - Suite 200 | Orlando | FL | 32821 | USA |
| Mingo Aerospace | 8121 N.116th E.Avenue | Owasso | OK | 74055 | USA |
| Misys International Banking Systems Inc | 1180 Avenue of the Americas, 5th Floor | New York | NY | 10036 | USA |
| MOOG Inc. | P.O. Box 90273 | Chicago | IL | 60696-0273 | USA |
| NBI Nothing But Initials Inc. | P.O. BOX 660618 | Miami Springs | FL | 33266-0618 | USA |
| OTG Management T 8, LLC | 352 Park Ave South 10th Floor | New York | NY | 10010 | USA |
| Panasonic Avionics Corporation | 22333, 29th Drive SE | Bothell | WA | 98021 | USA |
| Parker Cust. Support Commerc. Parker Hannifin Corp | 14300 Alton Parkway | Irvine | CA | 92618-1898 | USA |
| Petrus ACS2 Holdings, LLC | 3700 N. Capital of Texas Hwy, Suite 530 | Austin | TX | 78746 | USA |
| Pourshins Inc. a gategroup member | 1880 Campus Commons Dr.Suite # 200 | Reston | VA | 20191 | USA |
| PPG Industries, Inc. Aircraft Products | P.O. Box 2200 | Huntsville | AL | 35804 | USA |
| Pratt & Whitney Component Solutions, Inc. | 4905 Stariha Drive | Muskegon | MI | 49441 | USA |
| Premier Logistics, Inc. | P.O. Box 622024 | Orlando | FL | 32862-1284 | USA |
| Prestige Transportation Service Inc. | PO Box 526522 | Miami | FL | 33152 | USA |
| PRIMEFLIGHT AVIATION | PO Box 643780, 5400 LAUBY RD | Cincinnati | OH | 45264-3780 | USA |
| Pros, Inc. | 3100 Main Street Suite 900 | Houston | TX | 77002 | USA |
| Prospect Airport Services, Inc. | 2130 S. Wolf Rd. | Des Plaines | IL | 60018 | USA |
| Protravel International, LLC | 515 Madison Ave | New York | NY | 10022 | USA |
| Quantem Aviation Services LLC | 175 Ammon Drive | Manchester | NH | 03103 | USA |
| Quantum Aviation Solutions, Inc. | 1720 Epps Bridge Parkway, Suite 108, Number 304 | Athens | GA | | USA |
| Radisson Hotel JFK Airport Jamaica NY | 135-30 140th ST. | Jamaica | NY | 11436 | USA |
| Rapid Bay Delivery Service | P.O. Box 53064 | San Jose | CA | 95153 | USA |
| Regional One, Inc. | 6750 NE 4th Court | Miami | FL | 33138 | USA |
| Riu Plaza Miami Beach | 3101 Collins Avenue | Miami Beach | FL | 33140 | USA |
| RSW Fuel Company LLC | RSW FUEL COMPANY LLC, 11000 TERMINAL ACCESS ROAD, SUITE 8631 | Fort Myers | FL | 33913-8631 | USA |
| RSW Fuel Company, LLC | PO Box 16487 | Washington | DC | 20041 | USA |
| Sabre GLBL Inc.(non IATA) | 4835 Cordell Ave. Suite 150 | Bethesda | MD | 20814 | USA |
| San Francisco Airport Commission | P.O. Box 59753 | Los Angeles | CA | 90074-9753 | USA |
| SAS Scandinavian Airlines (Ticket Counter) | SAS, Att.: Director Finance, 301 Route 17 North | Rutherford | NJ | 7070 | USA |
| SASOF III (A3) AVIATION IRELAND DAC | c/o Apollo Aviation Management Limited, Connaught House, 1 Burlington Road | Dublin 4 | N/A | N/A | Ireland |
| Seal Dynamics - A Heico Company | 600 Prime Place | Hauppauge | NY | 11788 | USA |
| SellTix Corp | SellTix Corp, 11000 Terminal Access Rd | Fort Myers | FL | 33913 | USA |
| SellTix Corp. | 11000 Terminal Access Rd. | Fort Myers | FL | 33913 | USA |
| Seyer Air Enterprice, LLC - Luggage Express Air | 454 Chamonix Ave. | South Lehigh Acres | FL | 33974 | USA |
| SFO Fuel Company LLC | SFO Fuel Copmany LLC, c/o Sherman & Howard LLC, 3000 First Interstate Tower North, 633 Seventeenth Street | Denver | CO | 80202 | USA |
| Sheraton Gateway Hotel Los Angeles | 6101 W. Century Boulevard | Los Angeles | CA | 90045 | USA |
| SHERATON MIAMI AIRPORT HOTEL & EXECUTIVE | 3900 NW 21st Street | Miami | FL | 33142 | USA |
| Smarter Travel Media LLC | 500 Rutherford Avenue | Charlestown | MA | 02129 | USA |
| Source One Spares | 12141 Wickchester Lane, Suite 600, Ste,201 | Houston | TX | 77079-1239 | USA |
| STS Component Solutions LLC | 2910 SW 42 Avenue | Palm City | FL | 34990 | USA |
| Sushi Boy, Inc. | 18527 S. Broadway St. | Gardena | CA | 90248 | USA |
| Swissport Fueling Inc. RSW | 16536 Collections Drive | Chicago | IL | 60693 | USA |
| Swissport USA Inc | Swissport USA Inc. 45025 Aviation Drive, Suite 350 | Dulles | VA | 20166 | USA |
| Swissport USA Inc (ex Sevicair Inc) | SERVISAIR USA INC. D/B/A SERVISAIR/GLOBEGROUND, 111 Great Neck Road | Great Neck | NY | 11021 | USA |

| Name | Address | City | State | Zip code | Country |
|------|---------|------|-------|----------|---------|
| Swissport USA Inc. | 16540 Collections Center Drive | Chicago | IL | 60693 | USA |
| Systems and Software Ent., LLC | 2929 E Imperial Hwy Ste.170 | Brea | CA | 92821 | USA |
| Tastes on the Fly New York, LLC | 411 Borel Ave Ste 606 P.O. Box 1539 | San Mateo | CA | 94401 | USA |
| TBITEC Service | File 56416 | Los Angeles | CA | 90074-6416 | USA |
| The Losa Collaborative | PO Box 684645 | Austin | TX | 78768 | USA |
| The Newark Liberty International Airport Marriott | P.O. Box 403003 | Atlanta | GA | 30384-3003 | USA |
| The Port Authority of NY & NJ | One World Trade Center, Room 69N | New York | NY | 10048 | USA |
| Tom Bradley International Terminal Company Inc | Tom Bradley International Terminal Equipment Company, Inc., Los Angeles Int. Airport, 380 World Way | Los Angeles | CA | 90045 | USA |
| Triangle Services Inc and Eulen America Inc and Quantum Aviations Solutions Inc | Triangle Services, Inc. 10 Fifth Street | Valley Stream | NY | 11581 | USA |
| Transdev On Demand Inc. Golden Touch Transport. | 45-02 Ditmars Blvd., Suite 19 | Astoria | NY | 11105 | USA |
| Triangle Services, Inc. | P.O. Box #768 Midtown Station | New York | NY | 10018 | USA |
| Unical Aviation, Inc. | 680 South Lemon Ave. | City of Industry | CA | 91789 | USA |
| Universal Avionics Systems Corporation | 3260 East Universal Way | Tucson | AZ | 85756 | USA |
| Virgin Atlantic Airrways Limited | VIRGIN ATLANTIC AIRWAYS LIMITED, The office, Crawley Business Quarter, Manor Royal | Crawley, West Sussex | N/A | RH10 2NU | GB |
| Vitol Aviation Company | 300 Continental Blvd.,Suite 315 | El Segundo | CA | 90245 | USA |
| Vitol Aviation Company | Vitol Aviation Company, 1100 Louisiana Street, Suite 5500 | Houston | TX | 77002 | USA |
| WCP Leasing Two LLC | 4695 MacArthur Court, Suite 1400 | Newport Beach | CA | 92660 | USA |
| Whitney Ireland Leasing Ltd | c/o AerCap Ireland Limited, 4450 Atlantic Avenue, Westpark Shannon, Co. Clare, Ireland | Shannon, Co. Clare | N/A | N/A | Ireland |
| World Fuel Service WFS | World Fuel Services, Inc. , Suite 400, 9800 NW 41st Street | Miami | FL | 33178 | USA |
| Worldwide Flight Services | P.O.910501 | Dallas | TX | 7591-0501 | USA |
| Wyndham Boston Beacon Hill | 5 Blossom St | Boston | MA | 20114 | USA |

5