| 13150 | Air Berlin PLC & Co. |  |
|---|---|---|
| Terms | NET 15 | |
| Credit Line | $750,000.00 | |

| Invoice Number | Invoice Date | Due Date | Balance | Current |
|---|---|---|---|---|
| 0000224929-IN | 8/7/2017 | 8/22/2017 | 137,696.88 | 137,696.88 |
| 0000225529-IN | 8/8/2017 | 8/23/2017 | 192,758.01 | 192,758.01 |
| 0000226322-IN | 8/10/2017 | 8/25/2017 | 85,347.81 | 85,347.81 |
| 0000226675-IN | 8/11/2017 | 8/26/2017 | 54,239.59 | 54,239.59 |
| 0000227013-IN | 8/14/2017 | 8/29/2017 | 168,684.06 | 168,684.06 |
| 0000227433-IN | 8/15/2017 | 8/30/2017 | 26,800.62 | 26,800.62 |
| Balance | | | 665,526.97 | 665,526.97 |


# AEGFUELS

# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 224929 | 08/07/2017 | 1 |
| Terms | Due Date | Cust # |
| NET15 | 8/22/2017 | 13150 |

Remit To:
Associated Energy Group , LLC
PO Box 5606,165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.
Luftverkehrs KG
Attn: Accounting Dept.
Saatwinkler Damm 42-43
Berlin  DEU 13627

Service Location :   MIA
Miami, FL

Miami FL

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/1/2017 | JET FUEL-BONDED | 1677248 | DALPG | 7211 | 18,236.00 | GA | 1.593400 | 29,057.24 |
| 2 | 8/1/2017 | JET FUEL-BONDED | 1677545 | DABXD | 7001 | 17,219.00 | GA | 1.593400 | 27,436.75 |
| 3 | 8/2/2017 | JET FUEL-BONDED | 1665225 | DABXC | 7001 | 15,839.00 | GA | 1.593400 | 25,237.86 |
| 4 | 8/3/2017 | JET FUEL-BONDED | 1673438 | DALPB | 7001 | 15,231.00 | GA | 1.593400 | 24,269.08 |
| 5 | 8/3/2017 | JET FUEL-BONDED | 1665234 | DALPG | 7211 | 17,877.00 | GA | 1.593400 | 28,485.21 |
|  |  |  |  |  |  |  |  | Item Sub Total | 134,486.14 |

**Fee Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0003-BF | Bonding Fee | | | | 84,402.00 | GA | 0.001500 | 126.61 |
| MIA3-SFH | Dade County Hydrant Fee | | | | 84,402.00 | GA | 0.018898 | 1,595.03 |
| 0003-PT | Pipeline Tariff | | | | 84,402.00 | GA | 0.015500 | 1,308.22 |
| | | | | | | Fee SubTotal | 3,029.86 |

Cont...

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

REMIT WIRE TO
Union Bank             ABA: 122000496
Houston, Texas         ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK     ACCT #: 4340009482

AEG VAT No:
| Austria | ATU68130836 | Switzerland | CHE157971686MWST |
| Czech Rep | CZ683336949 | UK | GB139950186 |
| Denmark | DK35423117 | Spain | N4007099G |
| Finland | FI2602538-8 | Germany | DE815335704 |
| Ireland | IE3273863PH | Croatia | HR04904119954 |
| France | FR80800030447 | France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827. |
| Netherlands | 823557273B01 | General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht, VAT Reg: NL 8152209591301. |
| Norway | NO812443232MVA | VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik. |

For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.



# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 224929 | 08/07/2017 | 2 |
| Terms | Due Date | Cust # |
| NET15 | 8/22/2017 | 13150 |

Remit To:
Associated Energy Group , LLC
PO Box 5606,165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.                                    *Service Location :*    MIA
Luftverkehrs KG                                                                  Miami, FL
Attn: Accounting Dept.
Saatwinkler Damm 42-43                                                           Miami FL
Berlin  DEU 13627

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| **Fuel Tax Summary** | | | | | | | | | |
| F3-Z | | Federal Oil Spill | | | | 84,402.00 | GA | 0.002143 | 180.87 |
| | | | | | | | **Fuel Tax Sub Total** | | 180.87 |

**Comments:**

| Total Due | USD | $ 137,696.87 |
|---|---|---|

User ID:  Amanda Zayas    Phone:    Ext:

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

REMIT WIRE TO
Union Bank                    ABA: 122000496
Houston, Texas                ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK            ACCT #: 4340009482

AEG VAT No:
Austria        ATU68130836        Switzerland    CHE157971686MWST
Czech Rep      CZ683336949        UK             GB139950186
Denmark        DK35423117         Spain          N4007099G
Finland        FI2602538-8        Germany        DE815335704
Ireland        IE3273863PH        Croatia        HR04904119954
France         FR80800030447      France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827.
Netherlands    823557273B01       General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht, VAT Reg: NL 815220959B01.
Norway         NO812443232MVA     VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik.
For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.



# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 225529 | 08/08/2017 | 1 |
| Terms | Due Date | Cust # |
| NET15 | 8/23/2017 | 13150 |

Remit To:
Associated Energy Group , LLC
PO Box 5606,165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.
Luftverkehrs KG
Attn: Accounting Dept.
Saatwinkler Damm 42-43
Berlin  DEU 13627

**Service Location :** MIA
Miami, FL

Miami FL

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/4/2017 | JET FUEL-BONDED | 1689201 | DABXA | 7213 | 16,794.00 | GA | 1.593400 | 26,759.56 |
| 2 | 8/4/2017 | JET FUEL-BONDED | 1673273 | DALPA | 7001 | 17,094.00 | GA | 1.593400 | 27,237.58 |
| 3 | 8/5/2017 | JET FUEL-BONDED | 1689207 | DALPB | 7211 | 16,938.00 | GA | 1.593400 | 26,989.01 |
| 4 | 8/5/2017 | JET FUEL-BONDED | 1689206 | DABXC | 7001 | 16,433.00 | GA | 1.593400 | 26,184.34 |
| 5 | 8/6/2017 | JET FUEL-BONDED | 1683952 | DALPG | 7213 | 16,376.00 | GA | 1.593400 | 26,093.52 |
| 6 | 8/6/2017 | JET FUEL-BONDED | 1688672 | DABXC | 7001 | 17,251.00 | GA | 1.593400 | 27,487.74 |
| 7 | 8/7/2017 | JET FUEL-BONDED | 1687381 | DABXD | 7000 | 17,266.00 | GA | 1.593400 | 27,511.64 |
|  |  |  |  |  |  |  |  | **Item Sub Total** | **188,263.39** |

**Fee Summary**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0003-BF | Bonding Fee | | | 118,152.00 | GA | 0.001500 | 177.23 |
| MIA3-SFH | Dade County Hydrant Fee | | | 118,152.00 | GA | 0.018898 | 2,232.82 |
| 0003-PT | Pipeline Tariff | | | 118,152.00 | GA | 0.015500 | 1,831.36 |
| | | | | | | **Fee SubTotal** | **4,241.41** |

Cont...

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

REMIT WIRE TO
Union Bank                  ABA: 122000496
Houston, Texas              ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK          ACCT #: 4340009482

AEG VAT No:
| Austria | ATU68130836 | Switzerland | CHE157971686MWST |
| Czech Rep | CZ683336949 | UK | GB139950186 |
| Denmark | DK35423117 | Spain | N4007099G |
| Finland | FI2602538-8 | Germany | DE815335704 |
| Ireland | IE3273863PH | Croatia | HR04904119954 |
| France | FR80800030447 | France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827. |
| Netherlands | 823557273B01 | General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht. VAT Reg: NL 815220959B01. |
| Norway | NO812443232MVA | VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik. |

For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.



# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 225529 | 08/08/2017 | 2 |
| Terms | Due Date | Cust # |
| NET15 | 8/23/2017 | 13150 |

**Remit To:**
Associated Energy Group , LLC
PO Box 5606,165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.
Luftverkehrs KG
Attn: Accounting Dept.
Saatwinkler Damm 42-43
Berlin  DEU 13627

**Service Location :**   MIA
Miami, FL

Miami FL

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| **Fuel Tax Summary** | | | | | | | | | |
| F3-Z | | Federal Oil Spill | | | | 118,152.00 | GA | 0.002143 | 253.20 |
| | | | | | | | | **Fuel Tax Sub Total** | 253.20 |

| **Comments:** | **Total Due** | **USD** | **$ 192,758.00** |
|---|---|---|---|

User ID:  Amanda Zayas    Phone:        Ext:

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

**REMIT WIRE TO**
Union Bank           ABA: 122000496
Houston, Texas       ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK   ACCT #: 4340009482

AEG VAT No:
| Austria | ATU68130836 | Switzerland | CHE157971686MWST |
| Czech Rep | CZ683336949 | UK | GB139950186 |
| Denmark | DK35423117 | Spain | N4007099G |
| Finland | FI2602538-8 | Germany | DE815335704 |
| Ireland | IE3273863PH | Croatia | HR04904119954 |
| France | FR80800030447 | France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827. |
| Netherlands | 823557273B01 | General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht. VAT Reg: NL 815220959B01. |
| Norway | NO812443232MVA | VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik. |

For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.


**AEGFUELS**

# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 226322 | 08/10/2017 | 1 |
| **Terms** | **Due Date** | **Cust #** |
| NET15 | 8/25/2017 | 13150 |

Remit To:
Associated Energy Group , LLC
PO Box 5606,165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.
Luftverkehrs KG
Attn: Accounting Dept.
Saatwinkler Damm 42-43
Berlin  DEU 13627

*Service Location :*   MIA
Miami, FL

Miami FL

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/8/2017 | JET FUEL-BONDED | 1686627 | DABXG | 7211 | 17,360.00 | GA | 1.655200 | 28,734.27 |
| 2 | 8/8/2017 | JET FUEL-BONDED | 1684880 | DALPF | 7001 | 17,446.00 | GA | 1.655200 | 28,876.62 |
| 3 | 8/9/2017 | JET FUEL-BONDED | 1684592 | DABXE | 7001 | 15,599.00 | GA | 1.655200 | 25,819.46 |
| | | | | | | | | **Item Sub Total** | 83,430.35 |

**Fee Summary**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0003-BF | Bonding Fee | | | | 50,405.00 | GA | 0.001500 | 75.61 |
| MIA3-SFH | Dade County Hydrant Fee | | | | 50,405.00 | GA | 0.018898 | 952.55 |
| 0003-PT | Pipeline Tariff | | | | 50,405.00 | GA | 0.015500 | 781.27 |
| | | | | | | | **Fee SubTotal** | 1,809.43 |

**Fuel Tax Summary**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| F3-Z | Federal Oil Spill | | | | 50,405.00 | GA | 0.002143 | 108.02 |
| | | | | | | | **Fuel Tax Sub Total** | 108.02 |

Cont...

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

REMIT WIRE TO
Union Bank              ABA: 122000496
Houston, Texas          ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK      ACCT #: 4340009482

AEG VAT No:
| Austria | ATU68130836 | Switzerland | CHE157971686MWST |
| Czech Rep | CZ683336949 | UK | GB139950186 |
| Denmark | DK35423117 | Spain | N4007099G |
| Finland | FI26025388 | Germany | DE815335704 |
| Ireland | IE3273863PH | Croatia | HR04904119954 |
| France | FR80800030447 | France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827. |
| Netherlands | 823557273B01 | General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht, VAT Reg: NL 815220959B01. |
| Norway | NO812443232MVA | VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik. |

For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.


# AEGFUELS

# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 226322 | 08/10/2017 | 2 |
| Terms | Due Date | Cust # |
| NET15 | 8/25/2017 | 13150 |

Remit To:
Associated Energy Group, LLC
PO Box 5606, 165 Hwy 50
Stateline NV 89449

Air Berlin PLC & Co.                              **Service Location :**    MIA
Luftverkehrs KG                                                              Miami, FL
Attn: Accounting Dept.
Saatwinkler Damm 42-43                                                       Miami FL
Berlin DEU 13627

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

**Comments:**                                                  | Total Due | USD | $ 85,347.80 |

User ID: Amanda Zayas    Phone:    Ext:

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

REMIT WIRE TO
Union Bank              ABA: 122000496
Houston, Texas          ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK      ACCT #: 4340009482

AEG VAT No:
Austria        ATU68130836       Switzerland    CHE157971686MWST
Czech Rep      CZ683336949       UK             GB139950186
Denmark        DK35423117        Spain          N4007099G
Finland        FI2602538-8       Germany        DE815335704
Ireland        IE3273863PH       Croatia        HR04904119954
France         FR80800030447     France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827.
Netherlands    823557273B01      General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht, VAT Reg: NL 815220959B01.
Norway         NO812443232MVA    VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik.
For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.



# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 226675 | 08/11/2017 | 1 |
| Terms | Due Date | Cust # |
| NET15 | 8/26/2017 | 13150 |

Remit To:
Associated Energy Group , LLC
PO Box 5606,165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.
Luftverkehrs KG
Attn: Accounting Dept.
Saatwinkler Damm 42-43
Berlin  DEU 13627

*Service Location :*  MIA
Miami, FL

Miami FL

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/10/2017 | JET FUEL-BONDED | 1683783 | DALPH | 7001 | 15,407.00 | GA | 1.655200 | 25,501.67 |
| 2 | 8/10/2017 | JET FUEL-BONDED | 1682186 | DABXG | 7211 | 16,626.00 | GA | 1.655200 | 27,519.36 |
| | | | | | | | | Item Sub Total | 53,021.03 |

**Fee Summary**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0003-BF | Bonding Fee | | | | 32,033.00 | GA | 0.001500 | 48.05 |
| | MIA3-SFH | Dade County Hydrant Fee | | | | 32,033.00 | GA | 0.018898 | 605.36 |
| | 0003-PT | Pipeline Tariff | | | | 32,033.00 | GA | 0.015500 | 496.51 |
| | | | | | | | | Fee SubTotal | 1,149.92 |

**Fuel Tax Summary**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | F3-Z | Federal Oil Spill | | | | 32,033.00 | GA | 0.002143 | 68.65 |
| | | | | | | | | Fuel Tax Sub Total | 68.65 |

Cont...

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

REMIT WIRE TO
Union Bank          ABA: 122000496
Houston, Texas      ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK  ACCT #: 4340009482

AEG VAT No:
| | | | |
|---|---|---|---|
| Austria | ATU68130836 | Switzerland | CHE157971686MWST |
| Czech Rep | CZ683336949 | UK | GB139950186 |
| Denmark | DK35423117 | Spain | N40070999G |
| Finland | FI2602538-8 | Germany | DE815335704 |
| Ireland | IE3273863PH | Croatia | HR04904119954 |
| France | FR80800030447 | France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827. | |
| Netherlands | 823557273B01 | General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht, VAT Reg: NL 815220959B01. | |
| Norway | NO812443232MVA | VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik. | |

For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.



# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 226675 | 08/11/2017 | 2 |
| Terms | Due Date | Cust # |
| NET15 | 8/26/2017 | 13150 |

**Remit To:**
Associated Energy Group, LLC
PO Box 5606, 165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.
Luftverkehrs KG
Attn: Accounting Dept.
Saatwinkler Damm 42-43
Berlin  DEU 13627

**Service Location :**   MIA
Miami, FL

Miami FL

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

**Comments:**

| Total Due | USD | $ 54,239.60 |
|---|---|---|

User ID:  Amanda Zayas    Phone:    Ext:

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

REMIT WIRE TO
Union Bank            ABA: 122000496
Houston, Texas        ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK    ACCT #: 4340009482

AEG VAT No:
| Austria | ATU68130836 | Switzerland | CHE157971686MWST |
| Czech Rep | CZ683336949 | UK | GB139950186 |
| Denmark | DK35423117 | Spain | N4007099G |
| Finland | FI2602538-8 | Germany | DE815335704 |
| Ireland | IE3273863PH | Croatia | HR04904119954 |
| France | FR80800030447 | France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827. |
| Netherlands | 823557273B01 | General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht, VAT Reg: NL 815220959B01. |
| Norway | NO812443232MVA | VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik. |

For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.



# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 227013 | 08/14/2017 | 1 |
| Terms | Due Date | Cust # |
| NET15 | 8/29/2017 | 13150 |

**Remit To:**
Associated Energy Group , LLC
PO Box 5606,165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.
Luftverkehrs KG
Attn: Accounting Dept.
Saatwinkler Damm 42-43
Berlin  DEU 13627

**Service Location :**   MIA
Miami, FL

Miami FL

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/11/2017 | JET FUEL-BONDED | 1684961 | DALPH | 7001 | 17,371.00 | GA | 1.655200 | 28,752.48 |
| 2 | 8/11/2017 | JET FUEL-BONDED | 1687021 | DALPB | 7213 | 15,600.00 | GA | 1.655200 | 25,821.12 |
| 3 | 8/12/2017 | JET FUEL-BONDED | 1684017 | DALPH | 7001 | 16,920.00 | GA | 1.655200 | 28,005.98 |
| 4 | 8/12/2017 | JET FUEL-BONDED | 1684980 | DALPE | 7211 | 16,999.00 | GA | 1.655200 | 28,136.74 |
| 5 | 8/13/2017 | JET FUEL-BONDED | 1690862 | DALPA | 7001 | 16,407.00 | GA | 1.655200 | 27,156.87 |
| 6 | 8/13/2017 | JET FUEL-BONDED | 1686418 | DABXG | 7211 | 16,325.00 | GA | 1.655200 | 27,021.14 |
|   |   |   |   |   |   |   |   | **Item Sub Total** | 164,894.33 |

**Fee Summary**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0003-BF | Bonding Fee | | | | 99,622.00 | GA | 0.001500 | 149.44 |
| | MIA3-SFH | Dade County Hydrant Fee | | | | 99,622.00 | GA | 0.018898 | 1,882.66 |
| | 0003-PT | Pipeline Tariff | | | | 99,622.00 | GA | 0.015500 | 1,544.14 |
| | | | | | | | | **Fee SubTotal** | 3,576.24 |

Cont...

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

**REMIT WIRE TO**
Union Bank          ABA: 122000496
Houston, Texas      ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK  ACCT #: 4340009482

AEG VAT No:
| | | | |
|---|---|---|---|
| Austria | ATU68130836 | Switzerland | CHE157971686MWST |
| Czech Rep | CZ683336949 | UK | GB139950186 |
| Denmark | DK35423117 | Spain | N4007099G |
| Finland | FI2602538-8 | Germany | DE815335704 |
| Ireland | IE3273863PH | Croatia | HR04904119954 |
| France | FR80800030447 | France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827. | |
| Netherlands | 823557273B01 | General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht. VAT Reg: NL 815220959B01. | |
| Norway | NO812443232MVA | VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik. | |

For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.



# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 227013 | 08/14/2017 | 2 |
| Terms | Due Date | Cust # |
| NET15 | 8/29/2017 | 13150 |

Remit To:
Associated Energy Group , LLC
PO Box 5606,165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.
Luftverkehrs KG
Attn: Accounting Dept.
Saatwinkler Damm 42-43
Berlin  DEU 13627

Service Location :    MIA
Miami, FL

Miami FL

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| Fuel Tax Summary | | | | | | | | | |
| F3-Z | | Federal Oil Spill | | | | 99,622.00 | GA | 0.002143 | 213.49 |
| | | | | | | | | Fuel Tax Sub Total | 213.49 |

Comments:

| Total Due | USD | $ 168,684.06 |

User ID:  Amanda Zayas    Phone:    Ext:

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

REMIT WIRE TO
Union Bank              ABA: 122000496
Houston, Texas          ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK      ACCT #: 4340009482

AEG VAT No:
| Austria | ATU68130836 | Switzerland | CHE157971686MWST |
| Czech Rep | CZ683336949 | UK | GB139950186 |
| Denmark | DK35423117 | Spain | N4007099G |
| Finland | F12602538-8 | Germany | DE815335704 |
| Ireland | IE3273863PH | Croatia | HR04904119954 |
| France | FR80800030447 | France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827. |
| Netherlands | 823557273B01 | General Fiscal Rep: HB VAT Services BV. Singel 232 3311 KV Dordrecht, VAT Reg: NL 815220959B01. |
| Norway | NO812443232MVA | VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik. |

For International Military Forces (NATO); exempted for VAT in Norway due to the act § 6-13.



# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 227433 | 08/15/2017 | 1 |
| Terms | Due Date | Cust # |
| NET15 | 8/30/2017 | 13150 |

Remit To:
Associated Energy Group , LLC
PO Box 5606,165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.  
Luftverkehrs KG  
Attn: Accounting Dept.  
Saatwinkler Damm 42-43  
Berlin  DEU 13627

*Service Location :*  MIA  
Miami, FL

Miami FL

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/14/2017 | JET FUEL-BONDED | 1685840 | DABXA | 7001 | 15,828.00 | GA | 1.655200 | 26,198.51 |
| | | | | | | | | Item Sub Total | 26,198.51 |

**Fee Summary**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 0003-BF | Bonding Fee | | | | 15,828.00 | GA | 0.001500 | 23.74 |
| | MIA3-SFH | Dade County Hydrant Fee | | | | 15,828.00 | GA | 0.018898 | 299.12 |
| | 0003-PT | Pipeline Tariff | | | | 15,828.00 | GA | 0.015500 | 245.33 |
| | | | | | | | | Fee SubTotal | 568.19 |

**Fuel Tax Summary**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | F3-Z | Federal Oil Spill | | | | 15,828.00 | GA | 0.002143 | 33.92 |
| | | | | | | | | Fuel Tax Sub Total | 33.92 |

Cont...

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

REMIT WIRE TO  
Union Bank          ABA: 122000496  
Houston, Texas      ACCT: Associated Energy Group  
SWIFT: BOFCUS33MPK  ACCT #: 4340009482

AEG VAT No:
| Austria | ATU68130836 | Switzerland | CHE157971686MWST |
| Czech Rep | CZ683336949 | UK | GB139950186 |
| Denmark | DK35423117 | Spain | N4007099G |
| Finland | FI2602538-8 | Germany | DE815335704 |
| Ireland | IE3273863PH | Croatia | HR04904119954 |
| France | FR80800030447 | France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827. |
| Netherlands | 823557273B01 | General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht, VAT Reg: NL 815220959B01. |
| Norway | NO812443232MVA | VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik. |

For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.



# Invoice

| Invoice # | Invoice Date | Page |
|---|---|---|
| 227433 | 08/15/2017 | 2 |
| Terms | Due Date | Cust # |
| NET15 | 8/30/2017 | 13150 |

Remit To:
Associated Energy Group , LLC
PO Box 5606,165 Hwy 50
Stateline NV  89449

Air Berlin PLC & Co.
Luftverkehrs KG
Attn: Accounting Dept.
Saatwinkler Damm 42-43
Berlin  DEU 13627

Service Location :   MIA
Miami, FL

Miami FL

| Line | Trans Date | Item Desc | Ref. # | Equipment ID | Flight # | Quantity | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|

Comments:

| Total Due | USD | $ 26,800.62 |
|---|---|---|

User ID:  Amanda Zayas    Phone:    Ext:

This invoice is subject to Associated Energy Group, LLC's General Terms and Conditions (a copy of which is available for review at http://www.aegfuels.com), which customer acknowledges read and accepted. Any and all claims and disputes must be made within 10 days of receipt of invoice to csr@aegfuels.com otherwise it is deemed accepted.

REMIT WIRE TO
Union Bank            ABA: 122000496
Houston, Texas        ACCT: Associated Energy Group
SWIFT: BOFCUS33MPK    ACCT #: 4340009482

AEG VAT No:
| Austria | ATU68130836 | Switzerland | CHE157971686MWST |
| Czech Rep | CZ683336949 | UK | GB139950186 |
| Denmark | DK35423117 | Spain | N4007099G |
| Finland | FI2602538-8 | Germany | DE815335704 |
| Ireland | IE3273863PH | Croatia | HR04904119954 |
| France | FR80800030447 | France Fiscal Rep: RM Boulanger SA, 96 Rue du Dronckaert, F 59960 Neuville en Ferrain, FR 55321252827. |
| Netherlands | 823557273B01 | General Fiscal Rep: HB VAT Services BV, Singel 232 3311 KV Dordrecht, VAT Reg: NL 815220959B01. |
| Norway | NO812443232MVA | VAT representative in Norway is Momspartner Representant AS, Postboks 13, 8501 Narvik. |

For International Military Forces (NATO): exempted for VAT in Norway due to the act § 6-13.